IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-229-DCK

| FABIAN DIAZ, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| USA TRUCKING SERVICE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 13) notifying the Court that the parties reached a settlement on February 25, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **March 25, 2022**.

**SO ORDERED**.

Signed: February 28, 2022

David C. Keesler
United States Magistrate Judge